**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,

    v.

TRACY MCCANTS,

    Defendant.

CASE NO.: 2:21-cv-111
(2:19-cr-12)

## O R D E R

This matter is before the Court on the parties Joint 28 U.S.C. § 2255 Motion to Vacate McCants's conviction.  Upon consideration of all facts and circumstances, the Court finds that the motion is due to be granted.  It is therefore ordered that the motion is **GRANTED** and McCants's conviction is **VACATED**.

    **SO ORDERED**, this 2nd day of December, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA